UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAEL CAJIGAS,<br><br>                    Petitioner,<br><br>          -v-<br><br>WARDEN, *FCI Otisville*,<br><br>                    Respondent. | 25-CV-628 (JMF)<br><br><u>ORDER TO ANSWER</u><br><u>28 U.S.C. § 2241</u> |

JESSE M. FURMAN, United States District Judge:

Having determined that this petition under 28 U.S.C. § 2241 should not be summarily denied, the Court hereby orders that **within 40 days of the date of this Order**, Respondent must file an answer, motion, or other response to the Petition. Petitioner may file any reply papers **within two weeks from the date Petitioner is served** with Respondent's answer.

The Clerk of Court is directed to serve a copy of this Order and the Petition (ECF No. 1) on the Civil Division of the U.S. Attorney's Office of the Southern District of New York by electronic means through use of the court's CM/ECF system. The Clerk of Court is further directed to mail a copy of this Order to Petitioner.

          SO ORDERED.

Dated: February 20, 2025
       New York, New York

                                                          _____
                                                          JESSE M. FURMAN
                                                          United States District Judge